**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| CREDIT CONTROL HOLDINGS, INC., | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| vs. | ) | Case No. 4:23-mc-00191-MTS |
| | ) | |
| "QUEST PATIENTS" IN AMERICAN | ) | |
| MEDICAL COLLECTION AGENCY, INC. | ) | |
| CUSTOMER DATA SECURITY BREACH | ) | |
| LITIGATION, | ) | |
| | ) | |
| Respondent. | ) | |

**MEMORANDUM AND ORDER**

This matter is before the Court on review of Movant Credit Control Holdings, Inc.'s Motion to Quash, Doc. [1], and its Status Report, Doc. [5], which provided an update on this matter as the Court requested.  Given that the date set for the deposition in the subpoena that Movant seeks to quash has passed—and given that Respondent has provided no indication of an attempt to hold, or any interest in holding, this deposition in the future, see Doc. [5]—the Court will deny Movant's Motion to Quash *without* prejudice as moot.

Accordingly,

**IT IS HEREBY ORDERED** that Movant Credit Control Holdings, Inc.'s Motion to Quash, Doc. [1], is **DENIED** without prejudice as moot.  Movant is free to seek any and all available relief should Respondent issue a new subpoena.

Dated this 19th day of April 2023.

_____
MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE